NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE MANUEL GUTIERREZ-ZAVALA, | No. 20-73398 |
| Petitioner, | Agency No. A090-155-378 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | ORDER |
| Respondent. | |

Before: BRESS and BUMATAY, Circuit Judges, and GLEASON,* District Judge.

The respondent's request for publication, Dkt. 43, is **GRANTED**. The memorandum disposition previously issued in this case, Dkt. 41, *Gutierrez-Zavala v. Garland*, 2022 WL 613728 (9th Cir. March 2, 2022), is hereby withdrawn and replaced with a separately filed published opinion.

---

* The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.